IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL BOGAR, OSVALDO PI, AND BERNERD YOUNG<br><br>    Defendants. | § § § § § § § § § § § § § § § | Case No. 3:14-cv-3635 |

---

### RECEIVER'S RESPONSE TO PI'S MOTION
### FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTIES

---

Ralph S. Janvey, in his capacity as the Court-appointed Receiver for the Stanford entities hereby files this Response to Defendant Osvaldo Pi's Motion for Leave to Designate Responsible Third Parties, stating as follows:

Pi seeks the Court's leave to designate certain parties (the "Parties") as responsible third parties in the instant litigation. For purposes of preservation of the Receiver's rights on appeal, the Receiver objects to Pi's proposed designation for the reasons articulated in Plaintiffs' Response to Defendant's Motion to Designate Responsible Third Parties in *Janvey v. Adams & Reese LLP, et al.* [*See* Civ. Action No. 3:12-cv-0495-B, Doc. 76.] The Receiver understands, however, that the Court has ruled adversely to Plaintiffs' position in that case. [*See id.*, Doc. 138.]

The Receiver does not otherwise oppose the designation of the Parties as responsible third parties at this stage. The Receiver notes, however, that whether it is appropriate

to submit the Parties to the jury as responsible third parties is not yet before the court and must be determined based on discovery and the evidence adduced at trial.  *See* Tex. Civ. Prac. Rem. Code § 33.004(l) ("After adequate time for discovery, a party may move to strike the designation of a responsible third party on the ground that there is no evidence that the designated person is responsible for any portion of the claimant's alleged injury or damage.  The court shall grant the motion to strike unless a defendant produces sufficient evidence to raise a genuine issue of fact regarding the designated person's responsibility for the claimant's injury or damage.").

Dated:  August 26, 2015.                                          Respectfully submitted,

        **BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
   Kevin M. Sadler
   Texas Bar No. 17512450
   kevin.sadler@bakerbotts.com
   Scott D. Powers
   Texas Bar No. 24027746
   scott.powers@bakerbotts.com
   David T. Arlington
   Texas Bar No. 00790238
   david.arlington@bakerbotts.com

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## **CERTIFICATE OF SERVICE**

On August 26, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

*/s/ Kevin M. Sadler*
Kevin M. Sadler
